1

2                       UNITED STATES DISTRICT COURT

3                   NORTHERN DISTRICT OF CALIFORNIA

4

                                                      No. C 07-01479 MHP

5 DOUGLAS STEPNEY,                         [CR 01-0344 MHP]

6           Petitioner,                   **ORDER DENYING**
                                                **CERTIFICATE OF**

7   vs.                                 **APPEALABILITY**

8 UNITED STATES OF AMERICA,

9          Respondent.

10 _____/

11

12        Petitioner has appealed this court's order denying his petition for a writ of habeas corpus

filed pursuant to 28 U.S.C. section 2255 and requires a certificate of appealability from this court.

13 The court is familiar with this action and the record herein as well as the record related to his habeas

14 petition. The grounds for relief asserted in his petition are specious and not worthy of the certificate.

15        Petitioner entered a plea of guilty pursuant to a plea agreement. As this court's order on his

16 2255 petition sets forth, petitioner fully admitted his leadership role justifying the enhancement. He

17 acknowledged it in his plea agreement and at the colloquy in entering his plea. It was clearly a

18 factor in his negotiated plea. And, he negotiated for the particular sentence he received. This latter

19 fact renders the arguments he makes in his petition frivolous, for if the court sentenced him to a

20 lower sentence, he would have lost the benefit of his bargain.

21        For the reasons stated above and in the court's order denying his petition, petitioner's

22 arguments on appeal are specious and a certificate of appealability is DENIED.

23        IT IS SO ORDERED.

24

25

26 Date: July 15, 2008

27                                  MARILYN HALL PATEL
                                   United States District Court

28                                    Northern District of California

**United States District Court**
For the Northern District of California