1  
2  Richard B. Mazer SBN: 49632  
    Law Office of Richard B. Mazer  
3  99 Divisadero St.  
    San Francisco, CA 94117  
    Tel:  415 621 4100  
4  richardbmazer@gmail.com  
5  Counsel for Defendant  
    Douglas Stepney  
6  
7  
8                                    UNITED STATES DISTRICT COURT  
9                                  NORTHERN DISTRICT OF CALIFORNIA  
10                                        SAN FRANCISCO DIVISION  
11  
12  UNITED STATES OF AMERICA,           )  
                                         )  
13       Plaintiff,                      )  CR 01-0344 EMC  
                                         )  
14       v.                              )  STIPULATION AND [P~~ROPOSE~~D] ORDER  
                                         )  EXTENDING TIME FOR DEFENDANT TO FILE  
15  DOUGLAS STEPNEY,                     )  REPLY TO MOTION AND MOVING HEARING  
                                         )  DATE  
16       Defendant.                      )  
                                         )  
17  _____)  
18  
19  
                                    STIPULATION  
20  
21  
22       The parties agree that, with the Court's concurrence, the time within which the defendant will  
23  file his Reply to Government's Opposition to Defendant's Motion for Court to Exercise Supervisory  
24  Power and Recall Judgment (filed on December 21, 2016 in CR-01-0344 EMC), may be extended as  
25  follows: The defendant shall file his Reply Brief on or before March 8, 2017.  Accordingly, the parties  
26  are requesting that the current March 22, 2017, 2:30 p.m. hearing date and time be continued to March  
27  29, 2017 at 2:30 p.m.  
28       The parties agree that counsel for the defendant requires additional time to consult with the  

STIPULATION AND PROPOSED ORDER RE: SCHEDULE     1

client, who is incarcerated, as well as conduct additional legal research.

IT IS SO STIPULATED.

Dated: March 1, 2017 _____/s/_____
RICHARD B MAZER
Attorney for Douglas Stepney

Dated: March 1, 2017 _____/s/_____
ANDREW M. SCOBLE
Assistant United States Attorney

## [PR~~OPO~~SED] ORDER

Based upon the above Stipulation, and for good cause appearing, IT IS HEREBY ORDERED THAT the defendant shall file its Reply to the Government's Opposition to Defendant's Motion for Court to Exercise Supervisory Power and Recall Judgment on or before March 8, 2017, and the Court will hear argument on said motion on March 29, 2017 at 2:30 p.m.

IT IS SO ORDERED.

DATED: 3/2/17    _____
HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Edward M. Chen*

STIPULATION AND PROPOSED ORDER RE: SCHEDULE    2